# First District Court of Appeal
## State of Florida

_____

Nos. 1D2024-0254
1D2024-1606

_____

HANNAH MCKENZIE
MARCHIONE,

    Appellant,

v.

CHRISTIAN VALENTINO
MARCHIONE,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brandon J. Young, Judge.

July 2, 2025

PER CURIAM.

AFFIRMED. *See Davis v. Gilchrist Cnty. Sheriff's Off.*, 280 So. 3d 524, 531 (Fla. 1st DCA 2019) ("[O]nce trial proceedings have commenced, it becomes incumbent upon counsel to make a clear record and unequivocally request a continuance if needed."); § 61.13(2)(c)1., Fla. Stat. (2023) ("[T]here is a rebuttable presumption that equal time-sharing of a minor child is in the best interests of the minor child.").

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William S. Graessle of William S. Graessle, P.A., Jacksonville, for Appellant.

Jeffrey P. Whitton, Panama City, for Appellee.